IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOSHUA TUCKER, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:20-cv-01245-STA-jay |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

ORDER DISMISSING § 2255 PETITION

On October 29, 2020, Petitioner Joshua Tucker filed a *pro se* motion to vacate, set aside, or correct his sentence (the "Petition"), pursuant to 28 U.S.C. § 2255. (ECF No. 1.) By order dated April 29, 2022, the Court directed Respondent United States of America to submit a statement addressing information posted on the federal felony offender website showing that Petitioner died on April 23, 2022. Respondent subsequently filed a letter from Warden F. J. Bowers confirming that Tucker is deceased. (ECF No. 10-1.) As there is no longer a case or controversy in this matter, the Petition is **DISMISSED** as moot. *See Scaffidi v. United States*, 968 F.2d 1216 (6th Cir. 1992) (table) (dismissing appeal as moot upon § 2255 petitioner's death). Judgment shall be entered for Respondent.

    **IT IS SO ORDERED**.

                                       s/ S. Thomas Anderson
                                       S. THOMAS ANDERSON
                                       CHIEF UNITED STATES DISTRICT JUDGE

                                       Date: May 5, 2022